# SEALED

DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| PLAINTIFF, ) | |
| VS. ) | 2:11-CR-00192 |
| JAMES E. TINNELL, MD ) | **Motion to Unseal** |
| DEFENDANT. ) | |

       The United States, by the undersigned, respectfully moves the Court for an order unsealing the Indictment in this case prior to the defendant's initial appearance and arraignment. In support of this motion, the United States states as follows:

       1.     On May 18, 2011, the federal grand jury returned a twelve count indictment against the defendant alleging drug distribution. The Court issued an arrest warrant. The Court also sealed the indictment upon motion of the United States.

       2.     On May 24, 2011, pursuant to the arrest warrant, case agents arrested the defendant, in conjunction with the execution of a search warrant at his place of business.

       3.     The United States anticipates that the defendant will make his initial appearance on the charges in the indictment on May 25, 2011 (or even May 26, 2011).

4.  The United States respectfully submits that because the defendant has been arrested, the need for sealing has disappeared. It seeks an Order from Court unsealing the indictment forthwith, in advance of the defendant's initial appearance.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

_____
CRANE M. POMERANTZ
Assistant United States Attorney

Dated: May 24, 2011.

**SO ORDERED**:

_____
United States Magistrate Judge

5-24-11
_____
Date

2