GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1050 E. Sahara Ave., Suite 301
Las Vegas, Nevada 89104
(702) 384-8951
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES E. TINNELL, M.D.<br><br>Defendant. | Case No.: 2:11-CR-0192-RLH-GWF |

### SUBSTITUTION OF ATTORNEYS

George R. Carter, Esq., is hereby substituted as attorney for Defendant, in the above-entitled action, in place of and instead of Dean Kajioka, Esq.

Dated this _21_ day of May, 2012.

_____
JAMES E. TINNELL, M.D.

/ / /

/ / /

/ / /

I hereby consent to the above and foregoing substitution.

Dated this 23 day of May, 2012.

DEAN KAJIOKA, ESQ.
8530 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

I hereby accept the above and foregoing substitution as attorney for Defendant, JAMES E. TINNELL, M.D.

Dated this 21 day of May, 2012.

GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1050 E. Sahara Ave., Suite 301
Las Vegas, Nevada 89104
(702) 384-8951
Attorney for Defendant

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: August 6, 2012**

## CERTIFICATE OF MAILING

The foregoing SUBSTITUTION OF ATTORNEYS in the above-captioned case was served by mailing a true and correct copy of thereof on the 31st day of May, 2012, via first class mail, postage prepaid and addressed as follows:

Daniel G. Bogden
United States Attorney
Crane M. Pomerantz
Assistant United States Attorney
333 Las Vegas Boulevard South
Fifth Floor
Las Vegas, Nevada 89101

Dean Kajioka, Esq.
8530 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

_/s/ Josie Robles_
Josie Robles, an employee of
GEORGE R. CARTER, ESQ.

GEORGE R. CARTER, ESQ.
1050 E. Sahara Ave., Suite 301
Las Vegas, NV 89104

- 3 -